RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 9/13/10
BY ___

# UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF LOUISIANA

### SHREVEPORT DIVISION

| | |
|---|---|
| ROUSHELL ANDERSON BATISTE | CIVIL ACTION NO. 09-73-P |
| VERSUS | JUDGE STAGG |
| US DISTRICT COURT | MAGISTRATE JUDGE HORNSBY |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Plaintiff and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights claims are **DISMISSED WITH PREJUDICE** as frivolous pursuant to Section 1915(e) until such time as the Heck conditions are met and that Plaintiff's request for habeas relief is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust state court remedies.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 13th day of September, 2010.

TOM STAGG
UNITED STATES DISTRICT JUDGE